173809.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

*Attorneys for Plaintiffs
Cartier, a division of Richemont North America, Inc.
and Cartier International, N.V.*

08 CV 4471

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARTIER, division of RICHEMONT :
NORTH AMERICA, INC.; and :
CARTIER INTERNATIONAL, N.V., : Civil Action
:
         Plaintiffs, : No.
  v. :
: **DISCLOSURE PURSUANT TO**
SEAH LLC; and SKYMALL, INC. : **RULE 7.1 AND LOCAL CIVIL**
: **RULE 1.9**
:
         Defendants. :
------------------------------------------------------x

    Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Compagnie Financiere Richemont, S.A.

    Richemont S.A., Luxembourg

         Respectfully submitted,

         KALOW & SPRINGUT LLP

Dated: May 12, 2008        By: _/s/ Milton Springut_
                   Milton Springut (MS6571)
                   Tal S. Benschar (TSB0838)