# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 4471

Date Filed: _____

Plaintiff:
**CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, N.V.,**

vs.

Defendant:
**SEAH, LLC; SKYMALL, INC. and JOHN DOES 1-10**

For:
Milton Springut, Esq.
Kalow & Springut, LLP
488 Madison Avenue
New York, NY 10022

Received by Process Services, Inc. on the 16th day of May, 2008 at 9:30 am to be served on **Seah LLC, 14051 N.W. 14 Street, Sunrise, FL 33323.**

I, Robin Lucas-Peters, being duly sworn, depose and say that on the **16th day of May, 2008** at **11:50 am**, I:

Served the **Summons in a Civil Case; Complaint; Disclosure Pursuant To Rule 7.1 and Local Civial Rule 1.9** on Jessica Flores, Assistant the person in charge of the business of the person to be served, doing business as a sole proprietorship at his/her place of business, during regular business hours, and informed said person of the contents thereof, pursuant to F.S. 48.031(2)(b).

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 20th day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC


FRED H. HUMPHRIES
MY COMMISSION # DD605175
EXPIRES: October 15, 2010

Robin Lucas-Peters
SPS 688

Process Services, Inc.
And Document Retrieval Services
8330 State Road 84
Fort Lauderdale, FL 33324
(954) 474-4867
Our Job Serial Number: 2008018730

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w