174602.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

*Attorneys for Plaintiffs*
*Cartier, a division of Richemont North America, Inc.*
*and Cartier International, N.V.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
CARTIER, division of RICHEMONT     :
NORTH AMERICA, INC.; and        :
CARTIER INTERNATIONAL, N.V.,   :    Civil Action
                                  :
             Plaintiffs,     :    No. 08-CV-4471 (LAK)
v.                            :
                                  :
SEAH LLC; SKYMALL, INC.; and   :
JOHN DOES 1-10,           :
                                  :
             Defendants.    :
----------------------------------------------------x

## PROOF OF SERVICE OF DEFENDANT SKYMALL, INC.

**TAL S. BENSCHAR** declares that:

1.     I am a partner with Kalow & Springut LLP, counsel for Plaintiffs in the above action. I make this declaration as proof of service of Defendant Skymall, Inc.

2.     On or about May 13, 2008, I ascertained from the online corporate records of the Delaware Secretary of State that Defendant Skymall, Inc. is a Delaware corporation and has a registered agent named The Corporation Trust Company located in Wilmington, Delaware.

3.     On that same day, I phoned the registered agent and asked if they would accept service of a Summons and Complaint by overnight courier. The agent I spoke with agreed to accept service in such manner.

4.    Accordingly on May 13, 2008, I served a copy of the Summons and Complaint via Federal Express upon The Corporation Trust Company as the registered agent for Defendant Skymall, Inc.  A true copy of the cover letter is appended hereto as Proof of Service Exhibit A.

5.    The online records of Federal Express show receipt of the package on or about May 14, 2008.  A true copy of a printout from the Federal Express website showing receipt of such package is appended hereto as Proof of Service Exhibit B.

6.    Thus, Defendant Skymall, Inc. was served through its registered agent on or about May 14, 2008.

7.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2008                         By: _____
New York, New York                                  Tal S. Benschar

# KALOW & SPRINGUT LLP
### ATTORNEYS AT LAW

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM

Tal S. Benschar
tbenschar@creativity-law.com

**VIA FEDERAL EXPRESS**
May 13, 2008

The Corporation Trust Company
c/o Skymall, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: Registered Agent Dept.

Re:    Service of Summons and Complaint upon Skymall, Inc.
*Cartier, division of Richemont N.A., Inc., et al., v. SEAH LLC, et al.*
Civil Action No. 08-CV-4471 (LAK)

Dear Sir or Madam:

We hereby serve you with a Summons and Complaint in the above action as the registered agent for Skymall, Inc.

For your convenience, we also enclose a printout from the Delaware Secretary of State showing the pertinent information for such corporation.

Sincerely,

Tal S. Benschar
TSB/sb

Encls.

cc:    Ms. Christine A. Aguilera, Skymall, Inc. (via Federal Express w/encls.)

**PROOF OF SERVICE**
**EXHIBIT A**

FedEx | Track

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNu...

Track Shipments/FedEx Kinko's Orders
Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 799853351000 | **Reference** | Cartier 0134 |
| **Signed for by** | S.GRABOWSKI | **Destination** | WILMINGTON, DE |
| **Ship date** | May 13, 2008 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 14, 2008 7:30 AM | **Service type** | First Overnight Envelope |
| | | **Weight** | 0.5 lbs. |

**Status**          Delivered

**Signature image**  <u>Yes</u>
available

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **May 14, 2008** | 7:30 AM | **Delivered** | WILMINGTON, DE | |
| | 6:49 AM | On FedEx vehicle for delivery | NEW CASTLE, DE | |
| | 6:17 AM | At local FedEx facility | NEW CASTLE, DE | |
| | 4:44 AM | At dest sort facility | PHILADELPHIA, PA | |
| | 3:41 AM | Departed FedEx location | NEWARK, NJ | |
| **May 13, 2008** | 9:42 PM | Left origin | NEW YORK, NY | |
| | 8:05 PM | Picked up | NEW YORK, NY | |
| | 3:48 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments/orders |

**Subscribe to tracking updates (optional)**

**Your name:** |

**Your e-mail address:** |

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>

Submit

**PROOF OF SERVICE**
**EXHIBIT B**

5/21/2008 10:28 AM