174357.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: 5/22/08              │
└─────────────────────────────────┘
```

*Attorneys for Plaintiffs*
*Cartier, a division of Richemont North America, Inc.*
*and Cartier International, N.V.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
CARTIER, division of RICHEMONT          :
NORTH AMERICA, INC.; and                :
CARTIER INTERNATIONAL, N.V.,            :
                                        :
                    Plaintiffs,         :          Civil Action No. 08-CV-4471 (LAK)
          v.                            :
                                        :
                                        :
SEAH LLC; SKYMALL, INC.; and            :
JOHN DOES 1-10,                         :
                                        :
                    Defendants.         :
-----------------------------------------------------x

## ORDER TO SHOW CAUSE BRINGING ON A MOTION
## FOR EXPEDITED DISCOVERY

Upon the Complaint and the accompanying Declaration of Tal S. Benschar, Esq. and

Memorandum of Law it is hereby

ORDERED that defendants Seah LLC and SkyMall, Inc. (hereinafter collectively

"Defendants") show cause before the Honorable Lewis A. Kaplan, United States District Judge,

United States District Court for the Southern District of New York, at the United States Courthouse,

500 Pearl Street, New York, New York, in Court Room 12D, at ___9___ _a_.m., on the _28_ day

of _May_ 2008, or as soon thereafter as counsel may be heard, why an Order should not be

entered pursuant to Rules 26 through 37, Federal Rules of Civil Procedure, providing for expedited discovery as follows:

1.    Defendants to provide for inspection and copying, as per Rule 34 of the Federal Rules of Civil Procedure, all documents listed on the attached Schedule A, such discovery to be sent to be received by Plaintiffs' counsel within ten (10) business days after the decision of the motion is rendered.

2.    Defendants to appear for deposition, within fifteen (15) business days after the decision of the motion is rendered, pursuant to Rules 30(b)(1) and 30(b)(6) of the Federal Rules of Civil Procedure, with respect to the subject matters listed in the attached Schedule; and it is further

ORDERED that a copy of this Order To Show Cause, along with all papers in support thereof, be served upon Defendants within three (3) business days of the date of its entry.

ORDERED that answering papers, if any, be filed with this Court and served upon Plaintiffs' counsel, Kalow & Springut LLP, at its offices at 488 Madison Avenue, New York, New York 10022, on or before _May 27_, 2008, at _9:00 a.m._; and its is further

ORDERED that reply papers, if any, be filed with this Court and served upon Defendants or their counsel on or before _May 28_, 2008 at _9:00_ a.m.

_Hon. Lewis A. Kaplan_
United States District Judge

Dated: New York, New York
  May _YY_, 2008

2