174360.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

*Attorneys for Plaintiffs*
*Cartier, a division of Richemont North America, Inc.*
*and Cartier International, N.V.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| CARTIER, division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, N.V., | : : : : | |
| Plaintiffs, | : | Civil Action No. 08-CV-4471 (LAK) |
| v. | : : | |
| SEAH LLC; SKYMALL, INC.; and JOHN DOES 1-10, | : : : | |
| Defendants. | : | |

-----------------------------------------------------x

## DECLARATION OF TAL BENSCHAR

TAL BENSCHAR declares that:

1.    I am a Partner of Kalow & Springut LLP, counsel for plaintiffs in the above action.  I make this declaration in support of Plaintiffs' motion for expedited discovery from defendants.

**Plaintiffs And The Cartier Business**

2.    Plaintiff Cartier International, N.V., a Netherlands Antilles corporation, is the owner of all trademarks and trade dress used in the marketing of Cartier watches and jewelry

designs, including the PASHA DE CARTIER Trade Dress at issue herein. These rights are licensed to co-plaintiff, Cartier, division of Richemont N.A., Inc., a Delaware corporation, which operates Cartier stores throughout North America and supplies wholesale accounts with Cartier watches and jewelry. (The two companies are collectively referenced as "Cartier.")

3.    The PASHA DE CARTIER Trade Dress has been registered on the Principal Register of the United States Patent and Trademark Office, Nos. 3,211,038 and 3,211,039 for, respectively, the PASHA DE CARTIER Trade Dress without and with the distinctive bracelet design. Cartier International is the owner of such registrations and the trade dress set forth therein. Such registrations and the trade dress therein are valid and subsisting. (Such registrations are hereinafter referenced as the "PASHA Registrations."). Copies of the PASHA Registrations are attached hereto as Benschar Declaration Exhibits A and B.

**Defendants**

4.    Defendant Seah LLC ("Seah"), is a Florida company having a place of business in Sunrise, Florida.

5.    Defendant SkyMall, Inc. (SkyMall), is a Delaware corporation having a place of business in Phoenix, Arizona. Both Seah and SkyMall are collectively referenced herein as "Defendants."

6.    Defendants have advertised, offered for sale and sold infringing products through the SkyMall magazine and the websites *www.seahzodiacwatches.com* and *www.skymall.com*.

**Cartier's Investigation Of Defendants**

7.    It recently came to Cartier's attention that Defendants were offering for sale watches that are confusingly similar to Cartier watches protected under the PASHA DE

2

CARTIER Registration. Attached as Benschar Declaration Exhibit C are printouts from Defendants' website showing some of these offerings, specifically the "SEAH ZODIAC" design.

8.     At my direction, an assistant in our offices ordered one of the Seah watches from SkyMall's website. The item was shipped to his address in the New York, New York. He then brought the item (hereinafter the "Sample Watch") to our office, where it was entered into our firm's evidence system. The watch has been marked as Benschar Declaration Exhibit D; a photostatic copy thereof is attached to the declaration with the same exhibit designation.

**Cartier's Need For Expedited Discovery**

9.     Our firm has prosecuted several actions in this Court with similar fact patterns, *i.e.,* jewelers selling products that infringe Cartier's protected trademarks. From our experience, expedited discovery is important in enabling Plaintiffs to avoid irreparable harm. First, expedited discovery is crucial in uncovering other actors in the distribution chain for the infringing items – including distributors, manufacturers and other commercial dealers in the infringing product. Allowing Cartier to identify these parties quickly will enable Cartier to proceed with legal action against them in the appropriate legal forum.

10.     Second, expedited discovery will permit Cartier to prepare for a preliminary injunction motion in this case, should that prove necessary.

**Cartier's Need For Immediate Relief**

11.     For the reasons set forth herein and in the memorandum of law in support of Plaintiffs motions, Plaintiffs are experiencing continuing and irreparable harm from the sale and offering for sale of watches that are confusingly similar to protected Cartier trade dress. Based upon the foregoing, it is respectfully submitted that there are good and sufficient reasons for the

Court to proceed expeditiously by Order to Show Cause for an order for expedited discovery.

12.    No previous request has been made for the relief sought herein.

13.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on May 20, 2008
New York, New York

By: _____
                Tal Benschar

7076184

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**July 06, 2007**

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,211,038* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *February 20, 2007*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
**Certifying Officer**



PLAINTIFF'S
EXHIBIT
128

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

## United States Patent and Trademark Office

**Reg. No. 3,211,038**
Registered Feb. 20, 2007

### TRADEMARK
#### PRINCIPAL REGISTER



CARTIER N.V. (NETHERLD ANTILLES COMPANY)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: HOROLOGIC AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-15-1985; IN COMMERCE 6-15-1985.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE 3, 6, 9 OR 12 OR THE WATCH HANDS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CONFIGURATION OF A ROUND AND THICK WATCH CASE (I.E. DEEP) WITH A THICK OUTER METAL BEZEL SURROUNDING THE WATCH FACE THAT SLOPES DOWNWARD FROM THE INSIDE OF THE CASE TO THE OUTSIDE; A REMOVABLE, SCREW DOWN CAP THAT COVERS A CENTRAL CROWN, SUCH THAT IN LOOKING AT THE WATCH FROM THE FRONT, THERE ARE THREE METAL RINGS OF INCREASING THICKNESS WITH ENGRAVED STRIATIONS, A FOURTH THICK METAL RING, AND A CABOCHON END, WITH A SAPPHIRE OR COLORED STONE OR ROUNDED STAINLESS-STEEL DOME, ALL OF WHICH IS ATTACHED TO THE WATCH WITH A CHAIN LINK; SINGLE HORNED EXTENSIONS AT THE TOP AND BOTTOM OF THE WATCH CASE CONNECTING IT TO THE STRAP, SUCH THAT THE STRAP FITS BETWEEN THE EXTENSIONS WITH ONLY ONE SINGLE EXTENSION ON EACH SIDE; A LUG THAT EXTENDS THROUGH THE STRAP/BRACELET AND THE SINGLE HORNED EXTENSION WITH PYRAMID-SHAPED CAPS; ARABIC NUMERALS IN CURLY FONT.

SEC. 2(F).

SER. NO. 78-855,441, FILED 4-6-2006.

CAROLINE WOOD, EXAMINING ATTORNEY

7076184

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

#### July 06, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,211,039 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *February 20, 2007*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer





PLAINTIFF'S
EXHIBIT

129

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,211,039
Registered Feb. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER N.V. (NETHERLD ANTILLES COMPANY)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: HOROLGOGIC AND CHRONOMETRIC IN-STRUMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-15-1985; IN COMMERCE 6-15-1985.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE 3, 6, 9 OR 12 OR THE WATCH HANDS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CONFIGURATION OF A ROUND AND THICK WATCH CASE (I.E. DEEP) WITH A THICK OUTER METAL BEZEL SURROUNDING THE WATCH FACE THAT SLOPES DOWNWARD FROM THE INSIDE OF THE CASE TO THE OUTSIDE; A REMOVABLE, SCREW DOWN CAP THAT COVERS A CENTRAL CROWN, SUCH THAT IN LOOKING AT THE WATCH FROM THE FRONT, THERE ARE THREE METAL RINGS OF INCREASING THICKNESS WITH ENGRAVED STRIATIONS, A FOURTH THICK METAL RING, AND A CABOCHON END, WITH A SAPPHIRE OR COLORED STONE OR ROUNDED STAINLESS-STEEL DOME, ALL OF WHICH IS ATTACHED TO THE WATCH WITH A CHAIN LINK; SINGLE HORNED EXTENSIONS AT THE TOP AND BOTTOM OF THE WATCH CASE CONNECTING IT TO THE STRAP, SUCH THAT THE STRAP FITS BETWEEN THE EXTENSIONS WITH ONLY ONE SINGLE EXTENSION ON EACH SIDE; A LUG THAT EXTENDS THROUGH THE STRAP/BRACELET AND THE SINGLE HORNED EXTENSION WITH PYRAMID-SHAPED CAPS; ARABIC NUMERALS IN CURLY FONT; AND A METAL BRACELET THAT CONSISTS OF H-SHAPED LINKS ALTERNATING WITH RECTAN-GULAR SHAPED LINKS, THE WIDTH OF THE H-SHAPED LINKS BEING HALF THAT OF THE RECTANGULAR LINK.

SEC. 2(F).

SER. NO. 78-855,457, FILED 4-6-2006.

CAROLINE WOOD, EXAMINING ATTORNEY

SkyMall - Cool gifts, gadgets, & home innovations from the airline catalog    http://www.skymall.com/shopping/storedept.htm?v=102620681&c=&s...

SHOPPING CART    0 items    $.00
ACCOUNT • ORDER STATUS • CUSTOMER SERVICE
WISHLIST                    REQUEST CATALOG
E-REMINDERS                 VIRTUAL CATALOG
CATALOG QUICK ORDER    GIFT CARDS    INTERNATIONAL

Enter Keyword / Item #    [search]        email address    [sign up]

HOME LIVING | HEALTH & WELLNESS | OUTDOOR LIVING | ELECTRONICS & GADGETS | APPAREL & ACCESSORIES | AUTO & HARDWARE | PET PRODUCTS | OFFICE | SEASONAL | TOYS & COLLECTIBLES | TRAVEL | GIFT SHOP | COMPUTERS | SPORTS

EN ESPAÑOL                                    select a featured store ▼

**SEAH Watches**

View All
Apparel & Accessories
Gift Shop
New Arrivals

Home : SEAH Watches

# SEAH Zodiac Diamond Watches
SEAH Watches



Price:    $1,399.00 – $1,799.00        SEE OUR LOWEST PRICE GUARANTEE

DELIVERY PRICING... ►

**Choose Your Options:**

Style:    [ Select a Style ]

[add to wishlist]    [send to a friend]
[add to e-reminders ▼]    [buy a gift certificate]

**NO PAYMENTS FOR 90 DAYS**
PayPal Learn how ►

MORE PHOTOS:

    

MAGNIFY PICTURE ✚

YOU MIGHT ALSO LIKE...

| Product Details | Delivery Information | SkyMall Guarantee |
| --- | --- | --- |

**SEAH - Gift of Time**

SEAH is the connection of the universe with time, the past with the present, the zodiac sign with the being, and the being with his or her personality. SEAH reminds us of our inner traits in the form of a timepiece with a story. **Read the amazing 56-page book enclosed with your watch.**

Each detail on the unisex watch relates to nature and the universe. The bezel on the watch represents the infinite waves of the ocean. Each hour symbolizes a heavenly star. In the center of the watch lies the illuminating sun. The hands on the watch represent the powerful rays of the sun. Within each eye lies one bright star. The date is appropriately situated amidst the moon's glow. The sign, which reflects the month that one is born, appears at the watch's summit.

**THE SEAH STORY IS TRULY ONE OF A KIND.**

**Limited introductory pricing!**

*All SEAH watches are patented.*

**Delivery Information**

For fastest delivery, products are shipped to you from each individual merchant. Delivery times may vary, but when you place an order with SkyMall, we will estimate the shipping and delivery dates for you based on the availability of your items and the shipping options you choose. Shipping date estimates will appear in the order. Once you've placed your order, you will be able to see both shipping and delivery date estimates in the order confirmation e-mail and in the relevant order summary in Your Account. Delivery times do not include weekends or holidays.

**Gift Cards** - Available in $25, $50 and $100 denominations, they are always the perfect gift and are available. Standard Delivery for Individual Gift Card orders is always FREE! (For larger corporate or bulk Gift Card orders please call us for more info.)

**Standard Delivery**
To expedite your order, merchandise is shipped direct from each merchant. Average delivery time is 7-10 days. The fees below apply to standard delivery charges unless otherwise noted. However, some items require up to 2 to 3 weeks for delivery due to weight and/or personalization. For mailed orders, please allow an additional 10 business days for delivery. The fees below apply to standard delivery charges unless otherwise noted.

| Merchandise Total | Standard Delivery |
| --- | --- |
| Up to $20.00 | $7.00 |
| $20.01-$40.00 | $9.00 |
| $40.01-$60.00 | $11.00 |
| $60.01-$80.00 | $13.00 |
| $80.01-$100.00 | $15.00 |
| $100.01-$150.00 | $17.00 |
| $150.01-$200.00 | $19.00 |
| More Than $200.00 | $21.00 |

Shipments to Alaska, Hawaii and Puerto Rico require an additional delivery charge. Due to the unique nature of the item, some products cannot be shipped to Alaska, Hawaii and Puerto Rico.

**Rush Delivery**
Delivery in 2 to 4 business days is available on most merchandise. An additional charge may apply and will be calculated at checkout. Some products require expedited shipping due to size, weight or the perishable nature of the product. Additional charges are listed on the product detail page.

**Next Day Delivery**
Orders for in-stock merchandise received by 12 noon EST Monday-Friday are eligible for delivery within the Continental U.S. on the next business day. If you order an item with the Next Day Shipping option after 12 noon EST, Monday - Friday, the item will usually ship on the following business day, requiring a total of two business days for delivery. For example, an order received after 12 noon on Monday may be delivered on Wednesday. An order received after 12 noon on Friday may be delivered on Tuesday. Additional charges apply and will be calculated at checkout.

More Delivery Information

**Shop worry-free**

**Satisfaction**. Your complete satisfaction is our first concern. If you're unhappy with any purchase, for any reason, you can return it within 60 days for exchange or refund. Guaranteed.

Items ship directly from individual stores. To ensure proper exchanges and credits, items should be returned to the stores from which they shipped. MORE INFO...▶

**Pricing**. With SkyMall, there's no need to comparison shop. We bring you the best products from the best catalogs and brands with no markup! The prices in SkyMall are the same as the prices of the more than 50 companies that mail catalogs to your home.

However, if you find an identical new product advertised for less, just send us the ad and we'll honor the lower price. Also, if within 30 days of receipt of your order, you find the identical product advertised for a lower price, send us the ad and we'll promptly refund the difference. MORE INFO...▶

**CUSTOMER SERVICE**
Frequently Asked Questions
Payment Methods
Tax

**DELIVERY INFORMATION**
Rates and Policies
Gift Deliveries
International Shipping

**YOUR ACCOUNT**
Order Status
Create an Account
View Your Wishlist
Create an e-Reminder

**Need help? Just call 1-800-SkyMall (1-800-759-6255)**
Popular Searches | SkyMall Guarantee | Site Map | Contact Us | Shopping Cart
Merchandising Opportunities | Jobs at SkyMall | About SkyMall | Privacy Policy
© 2008 SkyMall, Inc.

>





$1,799.00

- Genuine Sapphire Cabochon on pushers & crown.
- 0.17CTTW of F color & VS clarity Full Cut Diamonds.
- Each watch is hand made & numbered.
- Every SEAH Watch is personalized with your Zodiac sign.

*Choose your zodiac sign from the drop-down box.*

**Seah Zodiac Watch with 18K Gold-Plating & White Dial**



**Seah Zodiac Watch Gold Blue**
Price:
$1,799.00

**Delivery Information**

For fastest delivery, products are shipped to you from each individual merchant. Delivery times may vary, but when you place an order with SkyMall, we will estimate the shipping and delivery dates for you based on the availability of your items and the shipping options you choose. Shipping date estimates will appear in the order. Once you've placed your order, you will be able to see both shipping and delivery date estimates in the order confirmation e-mail and in the relevant order summary in Your Account. Delivery times do not include weekends or holidays.



**Seah Zodiac Watch SS Green**
Price:
$1,699.00

**Gift Cards -** Available in $25, $50 and $100 denominations, they are always the perfect gift and are available. Standard Delivery for Individual Gift Card orders is always FREE! (For larger corporate or bulk Gift Card orders please call us for more info.)

**Standard Delivery**
To expedite your order, merchandise is shipped direct from each merchant. Average delivery time is 7-10 days. The fees below apply to standard delivery charges unless otherwise noted. However, some items require up to 2 to 3 weeks for delivery due to weight and/or personalization. For mailed orders, please allow an additional 10 business days for delivery. The fees below apply to standard delivery charges unless otherwise noted.

| Merchandise Total | Standard Delivery |
|---|---|
| Up to $20.00 | $7.00 |
| $20.01-$40.00 | $9.00 |
| $40.01-$60.00 | $11.00 |
| $60.01-$80.00 | $13.00 |
| $80.01-$100.00 | $15.00 |
| $100.01-$150.00 | $17.00 |
| $150.01-$200.00 | $19.00 |
| More Than $200.00 | $21.00 |

Shipments to Alaska, Hawaii and Puerto Rico require an additional delivery charge. Due to the unique nature of the item, some products cannot be shipped to Alaska, Hawaii and Puerto Rico.

**Rush Delivery**
Delivery in 2 to 4 business days is available on most merchandise. An additional charge may apply and will be calculated at checkout. Some products require expedited shipping due to size, weight or the perishable nature of the product. Additional charges are listed on the product detail page.

**Next Day Delivery**
Orders for in-stock merchandise received by 12 noon EST Monday-Friday are eligible for delivery within the Continental U.S. on the next business day. If you order an item with the Next Day Shipping option after 12 noon EST, Monday - Friday, the item will usually ship on the following business day, requiring a total of two business days for delivery. For example, an order received after 12 noon on Monday may be delivered on Wednesday. An order received after 12 noon on Friday may be delivered on Tuesday. Additional charges apply and will be calculated at checkout.

More Delivery Information

**Shop worry-free**

**Satisfaction.** Your complete satisfaction is our first concern. If you're unhappy with any purchase, for any reason, you can return it within 60 days for exchange or refund. Guaranteed.

Items ship directly from individual stores. To ensure proper exchanges and credits, items should be returned to the stores from which they shipped. MORE INFO...▶

**Pricing.** With SkyMall, there's no need to comparison shop. We bring you the best products from the best catalogs and brands with no markup! The prices in SkyMall are the same as the prices of the more than 50 companies that mail catalogs to your home.

However, if you find an identical new product advertised for less, just send us the ad and we'll honor the lower price. Also, if within 30 days of receipt of your order, you find the identical product advertised for a lower price, send us the ad and we'll promptly refund the difference. MORE INFO...▶

**CUSTOMER SERVICE**
Frequently Asked Questions
Payment Methods
Tax

**DELIVERY INFORMATION**
Rates and Policies
Gift Deliveries
International Shipping

**YOUR ACCOUNT**
Order Status
Create an Account
View Your Wishlist
Create an e-Reminder

**Need help? Just call 1-800-SkyMall (1-800-759-6255)**
Popular Searches | SkyMall Guarantee | Site Map | Contact Us | Shopping Cart
Merchandising Opportunities | Jobs at SkyMall | About SkyMall | Privacy Policy
© 2008 SkyMall, Inc.

>

SHOPPING CART  0 items  $.00

ACCOUNT • ORDER STATUS • CUSTOMER SERVICE
WISHLIST       REQUEST CATALOG
E-REMINDERS    VIRTUAL CATALOG
GIFT CARDS      INTERNATIONAL
CATALOG QUICK ORDER

Enter Keyword / Item #  [ search ]    email address [ sign up ] 

**HOME LIVING** | HEALTH & WELLNESS | OUTDOOR LIVING | ELECTRONICS & GADGETS | APPAREL & ACCESSORIES | AUTO & HARDWARE | PET PRODUCTS | OFFICE | SEASONAL | TOYS & COLLECTIBLES | TRAVEL | GIFT SHOP | COMPUTERS | SPORTS

EN ESPAÑOL             [ select a featured store ▼ ]

## SkyMall Shopping

Home

# Seah Zodiac Watch Gold Blue
SEAH Watches YGDBL



MAGNIFY PICTURE +

To view this watch with your zodiac sign - Click Here

MORE PHOTOS:

 

**Price:** **$1,799.00**  SEE OUR LOWEST PRICE GUARANTEE
DELIVERY PRICING... ▶

**Choose Your Options:**

Style:  Seah Zodiac Watch Gold Blue $1,799.0

Zodiac: [ Select a Zodiac ]

 add to cart

Seah Zodiac Watch Gold Blue
READ MORE... ▶

- This item will be delivered in 10 business days with Standard Delivery.
- Rush Delivery in 2 - 4 business days is available for this item. Additional charges may apply.

 add to wishlist    send to a friend
add to e-reminders ▼    buy a gift certificate

 NO PAYMENTS FOR 90 DAYS
PayPal Learn how ▶

**YOU MIGHT ALSO LIKE...**


**Seah Zodiac Watch Gold Black**
Price: $1,799.00


**Seah Zodiac Watch Gold Brown**
Price: $1,499.00

**Product Details**    Delivery Information    SkyMall Guarantee

**Watch features:**
316L Stainless Steel Case & Bracelet with hand texturized wave pattern.
5 Microns of 18K Gold plating on case & bracelet.
Royal Blue Swiss Made PU 70 Rubber integrated into bracelet.
Swiss Made Chronograph Movement.
Royal Blue Satin Finish Dial.
10 ATM Water Resistant.
Built-in Half links for fine adjustment.
Crown Protector with Chain.
Genuine Sapphire Cabochon on pushers & crown.
0.50CTTW of F color & VS clarity Full Cut Diamonds.
Each watch is hand made & numbered.
Every SEAH Watch is personalized with your Zodiac sign.

*Choose your zodiac sign from the drop-down box.*

### Seah Zodiac Watch with 18K Gold-Plating & Blue Dial



**Seah Zodiac Watch Gold White**
Price:
$1,499.00



**Seah Zodiac Watch SS Blue**
Price:
$1,399.00

#### Delivery Information

For fastest delivery, products are shipped to you from each individual merchant. Delivery times may vary, but when you place an order with SkyMall, we will estimate the shipping and delivery dates for you based on the availability of your items and the shipping options you choose. Shipping date estimates will appear in the order. Once you've placed your order, you will be able to see both shipping and delivery date estimates in the order confirmation e-mail and in the relevant order summary in Your Account. Delivery times do not include weekends or holidays.

**Gift Cards** - Available in $25, $50 and $100 denominations, they are always the perfect gift and are available. Standard Delivery for Individual Gift Card orders is always FREE! (For larger corporate or bulk Gift Card orders please call us for more info.)

#### Standard Delivery

To expedite your order, merchandise is shipped direct from each merchant. Average delivery time is 7-10 days. The fees below apply to standard delivery charges unless otherwise noted. However, some items require up to 2 to 3 weeks for delivery due to weight and/or personalization. For mailed orders, please allow an additional 10 business days for delivery. The fees below apply to standard delivery charges unless otherwise noted.

| Merchandise Total | Standard Delivery |
|---|---|
| Up to $20.00 | $7.00 |
| $20.01-$40.00 | $9.00 |
| $40.01-$60.00 | $11.00 |
| $60.01-$80.00 | $13.00 |
| $80.01-$100.00 | $15.00 |
| $100.01-$150.00 | $17.00 |
| $150.01-$200.00 | $19.00 |
| More Than $200.00 | $21.00 |

Shipments to Alaska, Hawaii and Puerto Rico require an additional delivery charge. Due to the unique nature of the item, some products cannot be shipped to Alaska, Hawaii and Puerto Rico.

#### Rush Delivery

Delivery in 2 to 4 business days is available on most merchandise. An additional charge may apply and will be calculated at checkout. Some products require expedited shipping due to size, weight or the perishable nature of the product. Additional charges are listed on the product detail page.

#### Next Day Delivery

Orders for in-stock merchandise received by 12 noon EST Monday-Friday are eligible for delivery within the Continental U.S. on the next business day. If you order an item with the Next Day Shipping option after 12 noon EST, Monday - Friday, the item will usually ship on the following business day, requiring a total of two business days for delivery. For example, an order received after 12 noon on Monday may be delivered on Wednesday. An order received after 12 noon on Friday may be delivered on Tuesday. Additional charges apply and will be calculated at checkout.

More Delivery Information

#### Shop worry-free

**Satisfaction**. Your complete satisfaction is our first concern. If you're unhappy with any purchase, for any reason, you can return it within 60 days for exchange or refund. Guaranteed.

Items ship directly from individual stores. To ensure proper exchanges and credits, items should be returned to the stores from which they shipped. MORE INFO...▶

**Pricing**. With SkyMall, there's no need to comparison shop. We bring you the best products from the best catalogs and brands with no markup! The prices in SkyMall are the same as the prices of the more than 50 companies that mail catalogs to your home.

However, if you find an identical new product advertised for less, just send us the ad and we'll honor the lower price. Also, if within 30 days of receipt of your order, you find the identical product advertised for a lower price, send us the ad and we'll promptly refund the difference. MORE INFO...▶

**CUSTOMER SERVICE**
Frequently Asked Questions
Payment Methods
Tax

**DELIVERY INFORMATION**
Rates and Policies
Gift Deliveries
International Shipping

**YOUR ACCOUNT**
Order Status
Create an Account
View Your Wishlist
Create an e-Reminder

Need help? Just call 1-800-SkyMall (1-800-759-6255)
Popular Searches | SkyMall Guarantee | Site Map | Contact Us | Shopping Cart
Merchandising Opportunities | Jobs at SkyMall | About SkyMall | Privacy Policy
© 2008 SkyMall, Inc.

>

SHOPPING CART   0 items   $.00

ACCOUNT • ORDER STATUS • CUSTOMER SERVICE

WISHLIST     REQUEST CATALOG
E-REMINDERS    VIRTUAL CATALOG
GIFT CARDS     INTERNATIONAL

CATALOG QUICK ORDER

Enter Keyword / Item #   [search]

email address [sign up]

HOME LIVING | HEALTH & WELLNESS | OUTDOOR LIVING | ELECTRONICS & GADGETS | APPAREL & ACCESSORIES | AUTO & HARDWARE | PET PRODUCTS | OFFICE | SEASONAL | TOYS & COLLECTIBLES
TRAVEL | GIFT SHOP | COMPUTERS | SPORTS

EN ESPAÑOL     select a featured store ▼

## SkyMall Shopping

Home

# Seah Zodiac Watch Gold Black
SEAH Watches YGDA



**MAGNIFY PICTURE** +

To view this watch with your zodiac sign - Click Here

**MORE PHOTOS:**

  

**Price:**   **$1,799.00**    SEE OUR LOWEST PRICE GUARANTEE

DELIVERY PRICING... ▶

**Choose Your Options:**

Style:   [ Seah Zodiac Watch Gold Black   $1,799.0 ]

Zodiac:   [ Select a Zodiac ]

[ add to cart ]

**Seah Zodiac Watch Gold Black**
READ MORE... ▶

- This item will be delivered in 10 business days with Standard Delivery.
- Rush Delivery in 2 - 4 business days is available for this item. Additional charges may apply.

[ add to wishlist ]   [ send to a friend ]
[ add to e-reminders ▼ ]   [ buy a gift certificate ]

NO PAYMENTS FOR 90 DAYS
PayPal Learn how ▶

| Product Details | Delivery Information | SkyMall Guarantee |
| --- | --- | --- |

**Watch features:**
316L Stainless Steel Case & Bracelet with hand texturized wave pattern.
5 Microns of 18K Gold plating on case & bracelet.
Black Swiss Made PU 70 Rubber integrated into bracelet.
Swiss Made Chronograph Movement.
Grade A Black Mother of Pearl Dial.
10 ATM Water Resistant.
Built-in Half links for fine adjustment.
Crown Protector with Chain.
Genuine Sapphire Cabochon on pushers & crown.
0.50CTTW of F color & VS clarity Full Cut Diamonds.
Each watch is hand made & numbered.
Every SEAH Watch is personalized with your Zodiac sign.

*Choose your zodiac sign from the drop-down box.*

**YOU MIGHT ALSO LIKE...**

 **Seah Zodiac Watch Gold Blue**
Price: $1,799.00

 **Seah Zodiac Watch Gold Brown**
Price: $1,499.00

### Seah Zodiac Watch with 18K Gold-Plating & Black Dial



**Seah Zodiac Watch Gold White**
Price:
$1,499.00



**Seah Zodiac Watch SS Blue**
Price:
$1,399.00

#### Delivery Information

For fastest delivery, products are shipped to you from each individual merchant. Delivery times may vary, but when you place an order with SkyMall, we will estimate the shipping and delivery dates for you based on the availability of your items and the shipping options you choose. Shipping date estimates will appear in the order. Once you've placed your order, you will be able to see both shipping and delivery date estimates in the order confirmation e-mail and in the relevant order summary in Your Account. Delivery times do not include weekends or holidays.

**Gift Cards** - Available in $25, $50 and $100 denominations, they are always the perfect gift and are available. Standard Delivery for Individual Gift Card orders is always FREE! (For larger corporate or bulk Gift Card orders please call us for more info.)

#### Standard Delivery

To expedite your order, merchandise is shipped direct from each merchant. Average delivery time is 7-10 days. The fees below apply to standard delivery charges unless otherwise noted. However, some items require up to 2 to 3 weeks for delivery due to weight and/or personalization. For mailed orders, please allow an additional 10 business days for delivery. The fees below apply to standard delivery charges unless otherwise noted.

| Merchandise Total | Standard Delivery |
|---|---|
| Up to $20.00 | $7.00 |
| $20.01-$40.00 | $9.00 |
| $40.01-$60.00 | $11.00 |
| $60.01-$80.00 | $13.00 |
| $80.01-$100.00 | $15.00 |
| $100.01-$150.00 | $17.00 |
| $150.01-$200.00 | $19.00 |
| More Than $200.00 | $21.00 |

Shipments to Alaska, Hawaii and Puerto Rico require an additional delivery charge. Due to the unique nature of the item, some products cannot be shipped to Alaska, Hawaii and Puerto Rico.

#### Rush Delivery

Delivery in 2 to 4 business days is available on most merchandise. An additional charge may apply and will be calculated at checkout. Some products require expedited shipping due to size, weight or the perishable nature of the product. Additional charges are listed on the product detail page.

#### Next Day Delivery

Orders for in-stock merchandise received by 12 noon EST Monday-Friday are eligible for delivery within the Continental U.S. on the next business day. If you order an item with the Next Day Shipping option after 12 noon EST, Monday - Friday, the item will usually ship on the following business day, requiring a total of two business days for delivery. For example, an order received after 12 noon on Monday may be delivered on Wednesday. An order received after 12 noon on Friday may be delivered on Tuesday. Additional charges apply and will be calculated at checkout.

More Delivery Information

#### Shop worry-free

**Satisfaction.** Your complete satisfaction is our first concern. If you're unhappy with any purchase, for any reason, you can return it within 60 days for exchange or refund. Guaranteed.

Items ship directly from individual stores. To ensure proper exchanges and credits, items should be returned to the stores from which they shipped. MORE INFO..▶

**Pricing.** With SkyMall, there's no need to comparison shop. We bring you the best products from the best catalogs and brands with no markup! The prices in SkyMall are the same as the prices of the more than 50 companies that mail catalogs to your home.

However, if you find an identical new product advertised for less, just send us the ad and we'll honor the lower price. Also, if within 30 days of receipt of your order, you find the identical product advertised for a lower price, send us the ad and we'll promptly refund the difference. MORE INFO..▶

**CUSTOMER SERVICE**
Frequently Asked Questions
Payment Methods
Tax

**DELIVERY INFORMATION**
Rates and Policies
Gift Deliveries
International Shipping

**YOUR ACCOUNT**
Order Status
Create an Account
View Your Wishlist
Create an e-Reminder

Need help? Just call 1-800-SkyMall (1-800-759-6255)
Popular Searches | SkyMall Guarantee | Site Map | Contact Us | Shopping Cart
Merchandising Opportunities | Jobs at SkyMall | About SkyMall | Privacy Policy
© 2008 SkyMall, Inc.

>

SHOPPING CART    0 items $.00

ACCOUNT • ORDER STATUS • CUSTOMER SERVICE
WISHLIST                     REQUEST CATALOG
E-REMINDERS                  VIRTUAL CATALOG
GIFT CARDS                   INTERNATIONAL
CATALOG QUICK ORDER

Enter Keyword / Item #        [search]

email address        [sign up]

HOME LIVING | HEALTH & WELLNESS | OUTDOOR LIVING | ELECTRONICS & GADGETS | APPAREL & ACCESSORIES | AUTO & HARDWARE | PET PRODUCTS | OFFICE TRAVEL | SEASONAL GIFT SHOP | TOYS & COLLECTIBLES COMPUTERS | SPORTS

EN ESPAÑOL

select a featured store ▼

## SkyMall Shopping

Home

# Seah Zodiac Watch SS Green
SEAH Watches SSDG



**Price:** **$1,699.00**    SEE OUR LOWEST PRICE GUARANTEE
DELIVERY PRICING...▶

**Choose Your Options:**

Style: [ Seah Zodiac Watch SS Green  $1,699.0 ]

Zodiac: [ Select a Zodiac ]

 add to cart

Seah Zodiac Watch SS Green  READ MORE... ▶

MAGNIFY PICTURE ✛

To view this watch with your zodiac sign - Click Here

- This item will be delivered in 10 business days with Standard Delivery.
- Rush Delivery in 2 - 4 business days is available for this item. Additional charges may apply.

[ add to wishlist ]    [ send to a friend ]
[ add to e-reminders ▼ ]    [ buy a gift certificate ]

**NO PAYMENTS FOR 90 DAYS**
PayPal  Learn how ▶

MORE PHOTOS:

 

| Product Details | Delivery Information | SkyMall Guarantee |

**Watch features:**
316L Stainless Steel Case & Bracelet with hand texturized wave pattern.
Hunter Green Swiss Made PU 70 Rubber integrated into bracelet.
Swiss Made Chronograph Movement.
Hunter Green Satin Finish Dial.
10 ATM Water Resistant.
Built-in Half links for fine adjustment.
Crown Protector with Chain.
Genuine Sapphire Cabochon on pushers & crown.
0.50CTTW of F color & VS clarity Full Cut Diamonds.
Each watch is hand made & numbered.
Every SEAH Watch is personalized with your Zodiac sign.

*Choose your zodiac sign from the drop-down box.*

**YOU MIGHT ALSO LIKE...**


**Seah Zodiac Watch Gold Black**
Price: $1,799.00


**Seah Zodiac Watch Gold Blue**
Price: $1,799.00

**Seah Zodiac Watch with Stainless Steel & Green Dial**

**Delivery Information**

For fastest delivery, products are shipped to you from each individual merchant. Delivery times may vary, but when you place an order with SkyMall, we will estimate the shipping and delivery dates for you based on the availability of your items and the shipping options you choose. Shipping date estimates will appear in the order. Once you've placed your order, you will be able to see both shipping and delivery date estimates in the order confirmation e-mail and in the relevant order summary in Your Account. Delivery times do not include weekends or holidays.

**Gift Cards** - Available in $25, $50 and $100 denominations, they are always the perfect gift and are available. Standard Delivery for Individual Gift Card orders is always FREE! (For larger corporate or bulk Gift Card orders please call us for more info.)

**Standard Delivery**
To expedite your order, merchandise is shipped direct from each merchant. Average delivery time is 7-10 days. The fees below apply to standard delivery charges unless otherwise noted. However, some items require up to 2 to 3 weeks for delivery due to weight and/or personalization. For mailed orders, please allow an additional 10 business days for delivery. The fees below apply to standard delivery charges unless otherwise noted.

| Merchandise Total | Standard Delivery |
| --- | --- |
| Up to $20.00 | $7.00 |
| $20.01-$40.00 | $9.00 |
| $40.01-$60.00 | $11.00 |
| $60.01-$80.00 | $13.00 |
| $80.01-$100.00 | $15.00 |
| $100.01-$150.00 | $17.00 |
| $150.01-$200.00 | $19.00 |
| More Than $200.00 | $21.00 |

Shipments to Alaska, Hawaii and Puerto Rico require an additional delivery charge. Due to the unique nature of the item, some products cannot be shipped to Alaska, Hawaii and Puerto Rico.

**Rush Delivery**
Delivery in 2 to 4 business days is available on most merchandise. An additional charge may apply and will be calculated at checkout. Some products require expedited shipping due to size, weight or the perishable nature of the product. Additional charges are listed on the product detail page.

**Next Day Delivery**
Orders for in-stock merchandise received by 12 noon EST Monday-Friday are eligible for delivery within the Continental U.S. on the next business day. If you order an item with the Next Day Shipping option after 12 noon EST, Monday - Friday, the item will usually ship on the following business day, requiring a total of two business days for delivery. For example, an order received after 12 noon on Monday may be delivered on Wednesday. An order received after 12 noon on Friday may be delivered on Tuesday. Additional charges apply and will be calculated at checkout.

More Delivery Information

**Shop worry-free**

**Satisfaction**. Your complete satisfaction is our first concern. If you're unhappy with any purchase, for any reason, you can return it within 60 days for exchange or refund. Guaranteed.

Items ship directly from individual stores. To ensure proper exchanges and credits, items should be returned to the stores from which they shipped. MORE INFO..▶

**Pricing**. With SkyMall, there's no need to comparison shop. We bring you the best products from the best catalogs and brands with no markup! The prices in SkyMall are the same as the prices of the more than 50 companies that mail catalogs to your home.

However, if you find an identical new product advertised for less, just send us the ad and we'll honor the lower price. Also, if within 30 days of receipt of your order, you find the identical product advertised for a lower price, send us the ad and we'll promptly refund the difference. MORE INFO..▶


Seah Zodiac Watch SS Black
Price: $1,699.00


Seah Zodiac Watch Gold Brown
Price: $1,499.00

**CUSTOMER SERVICE**

Frequently Asked Questions
Payment Methods
Tax

**DELIVERY INFORMATION**

Rates and Policies
Gift Deliveries
International Shipping

**YOUR ACCOUNT**

Order Status
Create an Account
View Your Wishlist
Create an e-Reminder

Need help? Just call 1-800-SkyMall (1-800-759-6255)
Popular Searches | SkyMall Guarantee | Site Map | Contact Us | Shopping Cart
Merchandising Opportunities | Jobs at SkyMall | About SkyMall | Privacy Policy
© 2008 SkyMall, Inc.

>

≈ SEAH ≈

My Account



Copyright © 2008, SEAH, LLC. All Rights Reserved. • Built by CorporateGrafix



EVIDENCE NO. 1731
AR-ENF / SEAH 453

Pasha Zodiac (Aries) watch
gold blue