174908.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

*Attorneys for Plaintiffs*
*Cartier, a division of Richemont North America, Inc.*
*and Cartier International, N.V.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CARTIER, division of RICHEMONT          :
NORTH AMERICA, INC.; and                :
CARTIER INTERNATIONAL, N.V.,            :
                                        :
                    Plaintiffs,         :     Civil Action No. 08-CV-4471 (LAK)
    v.                                  :
                                        :
SEAH LLC; SKYMALL, INC.; and            :
JOHN DOES 1-10,                         :
                                        :
                    Defendants.         :
-------------------------------------------------------x

## PROOF OF SERVICE OF ORDER TO SHOW CAUSE
## AND SUPPORTING PAPERS

TAL BENSCHAR declares that:

1.  I am a Partner of Kalow & Springut LLP, counsel for plaintiffs in the above action.

2.  On May 22, 2008, I served a copy of the Order to Show Cause entered by the Court (DE 5), along with the supporting Memorandum of Law and Declaration of Tal S. Benschar, upon defendants via email and via Federal Express at the following addresses:

| | |
|---|---|
| Ms. Terri Rosner<br>SkyMall, Inc.<br>1520 East Pima Street<br>Phoenix, Arizona 85034<br>*trosner@skymall.com* | David L. Ferguson, Esq.<br>THE HODKIN KOPELOWITZ OSTROW FIRM, P.A.<br>200 S.W. 1st Avenue, 12th Fl.<br>Fort Lauderdale, FL 33301<br>*ferguson@thkolaw.com*<br>(Counsel for Defendant SEAH, LLC) |

    3.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2008
New York, New York

By: _____
       Tal Benschar