Richard E. Weltman (RW3169)
WELTMAN & MOSKOWITZ, LLP
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Local Counsel to Defendants SEAH, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
THE KOPELOWITZ OSTROW FIRM, P.A.
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Counsel to Defendants SEAH, LLC and SkyMall, Inc.*

*Attorneys for Defendants SEAH, LLC and SkyMall, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| CARTIER, division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNTAIONAL, N.V., : : : | Civil Action No. 08-CV-4471(LAK) |
| Plaintiffs, : | |
| -against- : | |
| SEAH LLC; SKYMALL, INC.; and JOHN DOES 1-10, : | **RULE 7.1 STATEMENT** |
| Defendants. : | |

-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned local counsel for SEAH, LLC and SkyMall, Inc. certify that both corporations are privately held. SkyMall, Inc. is owned by Spire Capital Partners, LLP or New York, New York and The Greenspun Corporation of Henderson, Nevada.

1

Dated: New York, New York
       May 27, 2008

                         **WELTMAN & MOSKOWITZ, LLP**
                         *Attorneys for Defendants SEAH, LLC and*
                         *SkyMall, Inc.*

                         By: _____
                             Richard E. Weltman (RW3169)
                         270 Madison Avenue, Suite 1400
                         New York, New York 10016
                         212.684.7800
                         212.684.7995

                         -and-

                         David L. Ferguson (DF8500)
                         Jonathan M. Streisfeld (JS5750)
                         The Kopelowitz Ostrow Firm, P.A.
                         200 SW 1st Avenue, 12th Floor
                         Fort Lauderdale, FL 33301
                         954.525.4100
                         954.525.4300

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail upon **Milton Springut Esq.,** Kalow & Springut LLP, 488 Madison Avenue, New York, New York 10022, Attorney for Plaintiffs, this 27th day of May, 2008.

Dated: New York, New York
      May 27, 2008

                                                    Richard E. Weltman (RW3269)