UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARTIER, et ano.

          Plaintiffs,

    -against-                              08 Civ. 4471 (LAK)

SHEA LLC, et al.,

          Defendants.
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2008

### ORDER

LEWIS A. KAPLAN, *District Judge.*

    Plaintiffs' motion for expedited discovery is granted.

    SO ORDERED.

Dated:    May 28, 2008

                                            Lewis A. Kaplan
                                        United States District Judge