Richard E. Weltman (RW3169)
WELTMAN & MOSKOWITZ, LLP
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
THE KOPELOWITZ OSTROW FIRM, P.A.
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| CARTIER, division of RICHEMONT NORTH AMERICA, INC. and CARTIER INTERNTAIONAL, N.V., | : |
| Plaintiffs, | : Civil Action No. 08-CV-4471(LAK) |
| -against- | : |
| SEAH LLC; SKYMALL, INC. and JOHN DOES 1-10, | : |
| Defendants. | : |

------------------------------------------------------------x

## MOTION BY DEFENDANT SEAH, LLC
## TO DISMISS AND TO TRANSFER VENUE

Defendant Seah, LLC, by and through its undersigned counsel, hereby moves the Court, upon the Declaration of Rachel Levy, dated June 4, 2008, the Declaration of Christine Aguilera, dated June 5, 2008, and the Exhibits attached to each declaration, and the Memorandum of Law dated June 5, 2008, submitted therewith ("Motion"), and the summons and complaint herein, for an order dismissing the summons and complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (3), or to transfer the venue pursuant to 28 U.S.C. §1404(a), because:

    1.    Defendant is not subject to the personal jurisdiction of this Court; and

2. Venue is not proper in this Court pursuant to 28 U.S.C. §1391(b); and

3. Alternatively, assuming venue is proper, the convenience of witnesses and the parties, and the interests of justice, would be better served if this action was transferred to a different judicial district pursuant to 28 U.S.C. §1404(a).

The Court will notify the parties regarding the hearing date and will advise the parties if oral argument will be required.

Respectfully submitted,

**WELTMAN & MOSKOWITZ, LLP**

By: _____
Richard E. Weltman (RW3169)
270 Madison Avenue Suite 1400
New York, New York 10016
212.684.7800

**THE KOPELOWITZ OSTROW FIRM, P.A.**
David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100

*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

Dated June 5, 2008

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served via U.S. Mail and CM/ECF filing on June 5, 2008, to: Tal S. Benschar, Esq. and Milton Springut, Esq., Kalow & Springut, LLP, 488 Madison Avenue, New York, New York 10022.

_____
Richard E. Weltman (RW3169)