Richard E. Weltman (RW3169)
WELTMAN & MOSKOWITZ, LLP
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
THE KOPELOWITZ OSTROW FIRM, P.A.
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CARTIER, division of RICHEMONT
NORTH AMERICA, INC.; and
CARTIER INTERNTAIONAL, N.V.,             :   Civil Action No. 08-CV-4471(LAK)

                Plaintiffs,            :

    -against-                                     :

SEAH LLC; SKYMALL, INC.; and             :
JOHN DOES 1-10,

                Defendants.            :
-------------------------------------------------------------------x

## NOTICE OF JOINDER BY DEFENDANT SKYMALL, INC. IN DEFENDANT SEAH, LLC'S MOTION TO DISMISS AND TO TRANSFER VENUE

Defendant, SkyMall, Inc., by and through its undersigned counsel, hereby joins in the motion to dismiss and to transfer of Defendant Seah, LLC, and adopts the facts presented and legal arguments advanced by Defendant Seah, LLC in its contemporaneously filed motion and incorporated memorandum of law, except as to the personal jurisdiction issue.

In an abundance of caution, to the extent that this Court determines Defendant SkyMall, Inc. does not have grounds to contest venue, or to request a transfer of the case to the Southern

District of Florida, SkyMall, Inc. hereby requests an enlargement of time to serve its answer to the Summons and Complaint and affirmative defenses. In such case, this Court should order that an answer and affirmative defenses be served within ten (10) days of the ruling on the venue issues presented by Defendants.

                              Respectfully submitted,

                              **WELTMAN & MOSKOWITZ, LLP**
                              *Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

                              By: _____
                                  Richard E. Weltman (RW3169)
                              270 Madison Avenue Suite 1400
                              New York, New York 10016
                              212.684.7800

Dated June 5, 2008

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Joinder was served via U.S. Mail and CM/ECF filing on June 5, 2008, to: Tal S. Benschar, Esq. and Milton Springut, Esq., Kalow & Springut, LLP, 488 Madison Avenue, New York, New York 10022.

                              _____
                              Richard E. Weltman (RW3169)