Richard E. Weltman (RW3169)
**WELTMAN & MOSKOWITZ, LLP**
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
**THE KOPELOWITZ OSTROW FIRM, P.A. (TKO)**
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

| | |
|---|---|
| CARTIER, division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> SEAH LLC; SKYMALL, INC.; and JOHN DOES 1-10, <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK <br><br> Case No. 08 CV 4471 (LAK) |

### MOTION TO ADMIT ATTORNEYS DAVID L. FERGUSON AND JONATHAN M. STREISFELD AS ATTORNEYS *PRO HAC VICE* IN THIS ACTION

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Richard E. Weltman, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of the attorneys listed below, both members in good standing of the Florida bar:

| | | |
|---|---|---|
| David L. Ferguson, Esq | and | Jonathan M. Steisfeld, Esq. |
| The Kopelowitz Ostrow Firm, P.A. | | The Kopelowitz Ostrow Firm, P.A. |
| 200 S.W. 1st Avenue, 12th Floor | | 200 S.W. 1st Avenue, 12th Floor |
| Fort Lauderdale, FL 33301 | | Fort Lauderdale, FL 33301 |
| Telephone: (954) 525-4100 | | Telephone: (954) 525-4100 |
| Facsimile: (954) 524-3200 | | Facsimile: (954) 524-3200 |
| Email: Ferguson@tkolaw.com | | Email: Streisfeld@tkolaw.com |

As appears from the certifications from the Florida bar, annexed in support of the application, David L. Ferguson is a member in good standing of the Bar of the State of Florida. Mr. Ferguson's Florida Bar Number is 981737.

As appears from the certification from the Florida Bar, Jonathan M. Streisfeld is a member in good standing of the Bar of the State of Florida. Mr. Steisfeld's Florida Bar Number is 117447.

Dated: New York, New York
       June 4, 2008

Respectfully submitted,

WELTMAN & MOSKOWITZ, LLP
*Attorneys for Defendant Seah, LLC and SkyMall, Inc.*

By: _____
   RICHARD E. WELTMAN (RW3169)
270 Madison Avenue Suite 1400
New York, New York 10016
Telephone: (212) 684-7800
Facsimile: (212) 684-7995
Email: rew@weltmosk.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail and CM/ECF filing on June 4, 2008, to: Tal S. Benschar, Esq. and Milton Springut, Esq., Kalow & Springut, LLP, 488 Madison Avenue, New York, New York 10022.

Richard E. Weltman (RW3169)
**WELTMAN & MOSKOWITZ, LLP**
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
**THE KOPELOWITZ OSTROW FIRM, P.A. (TKO)**
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Attorneys for Defendants Seah, LLC and* SkyMall, Inc.

---

| | |
|---|---|
| CARTIER, division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, N.V., | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | Case No. 08 CV 4471 (LAK) |
| v. | |
| SEAH LLC; SKYMALL, INC.; and JOHN DOES 1-10, | |
| Defendants. | |

---

**AFFIDAVIT OF RICHARD E. WELTMAN IN SUPPORT OF
MOTION TO ADMIT ATTORNEYS *PRO HAC VICE***

**RICHARD E. WELTMAN**, being duly sworn, deposes and says:

1. My law firm, Weltman & Moskowitz, LLP, serves as local counsel for defendants Seah LLC and SkyMall, Inc. in the above-captioned action. I am familiar with the proceedings in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit David L. Ferguson, Esq. and Jonathan M. Streisfeld, Esq., both members of the Florida bar, as attorneys *pro hac vice* in this Court to represent these defendants in this action as attorneys.

2. I am a member in good standing of the bars of the States of New York and New Jersey, and was admitted to practice law in New York in March 1979. In addition, I am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing with this Court.

3. David L. Ferguson and Jonathan M. Streisfeld are attorneys practicing law in the State of Florida as partners with The Kopelowitz Ostrow Firm, P.A. ("TKO"). Defendants Seah, LLC and SkyMall, Inc. have requested that Mr. Ferguson and Mr. Streisfeld continue to represent them in this action involving trademark and intellectual property rights. David L. Ferguson and Jonathan M. Streisfeld have considerable experience litigating trademark disputes.

4. I know David L. Ferguson and Jonathan M. Streisfeld as skilled attorneys and persons of integrity. They are experienced in federal practice and are familiar with the Federal Rules of Civil Procedure.

5. I attach to this affidavit the Good Standing Certificates issued by The Supreme Court of Florida confirming the good standing of Messrs. Ferguson and Streisfeld as members of the Florida bar.

6. Accordingly, I am pleased to move for the admission of David L. Ferguson and Jonathan M. Streisfeld as attorneys *pro hac vice* in this action. I respectfully attach a proposed order granting the admission of Messrs. Ferguson and Streisfeld, *pro hac vice*. The proposed order is attached to this affidavit as Exhibit A.

**WHEREFORE**, it is respectfully requested that the Motion to admit David L. Ferguson and Jonathan M. Streisfeld, as attorneys *pro hac vice*, to represent Defendants Seah LLC and SkyMall, Inc. in the above-captioned matter, be granted.

_____
RICHARD E. WELTMAN

Sworn to before me this
3rd day of June, 2008.

_____
NOTARY PUBLIC

MICHAEL L. MOSKOWITZ
Notary Public, State of New York
No. 47C6946
Qualified in Nassau County
Commission Expires Feb. 28, 20___

3



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon         )

                    In Re:    117447
                             Jonathan Marc Streisfeld
                             The Kopelowitz Ostrow Firm, P.A.
                             200 S.W. 1st Ave., Ste. 1200
                             Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 1997.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 28th day of May, 2008.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smmqq1:R10



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida      )

County of Leon      )

                                     In Re:   981737
                                              David Lawrence Ferguson
                                              The Kopelowitz Ostrow Firm, P.A.
                                              200 S.W. 1st Ave., Fl. 12
                                              Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 23, 1993.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 28th day of May, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLM3:R10

Richard E. Weltman (RW3169)
**WELTMAN & MOSKOWITZ, LLP**
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
**THE KOPELOWITZ OSTROW FIRM, P.A. (TKO)**
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

---

| | |
|---|---|
| CARTIER, division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, N.V., | **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |
| Plaintiff, | Case No. 08 CV 4471 (LAK) |
| v. | |
| SEAH LLC; SKYMALL, INC.; and JOHN DOES 1-10, | |
| Defendants. | |

---

**ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID L. FERGUSON AND JONATHAN M. STREISFELD ON WRITTEN MOTION**

**UPON THE MOTION OF** Richard E. Weltman, of Weltman & Moskowitz, LLP, attorneys for Defendants Seah LLC and SkyMall, Inc., and said sponsor attorney's affidavit, and declaration of Richard E. Weltman, with exhibits, in further support of the motion,

**IT IS HEREBY ORDERED** that

2

| | | |
|---|---|---|
| David L. Ferguson | and | Jonathan M. Steisfeld, Esq. |
| The Kopelowitz Ostrow Firm, P.A. | | The Kopelowitz Ostrow Firm, P.A. |
| 200 S.W. 1st Avenue, 12th Floor | | 200 S.W. 1st Avenue, 12th Floor |
| Fort Lauderdale, FL 33301 | | Fort Lauderdale, FL 33301 |
| Telephone: (954) 525-4100 | | Telephone: (954) 525-4100 |
| Facsimile: (954) 524-3200 | | Facsimile: (954) 524-3200 |
| Email: Ferguson@tkolaw.com | | Email: Streisfeld@tkolaw.com |

are admitted to practice *pro hac vice* as attorneys for defendants Seah LLC and SkyMall, Inc., in the above-captioned case in the United States District Court for the Southern District of New York.

**IT IS FURTHER ORDERED** all attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Messrs. Ferguson and Streisfeld shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      June ___, 2008

_____
United States District Judge