JUN-03-2008 11:46   KALOW & SPRINGUT LLP.   212 813 9600   P.002/003



Richard E. Weltman (RW3169)
**WELTMAN & MOSKOWITZ, LLP**
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Counsel to Defendants Seah, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
**THE KOPELOWITZ OSTROW FIRM, P.A. (TKO)**
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Counsel to Defendants Seah, LLC and SkyMall, Inc.*

*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CARTIER, division of RICHEMONT
NORTH AMERICA, INC.; and
CARTIER INTERNTAIONAL, N.V.,           :   Civil Action No. 08-CV-4471(LAK)

               Plaintiffs,    :

      -against-                              :

SEAH LLC; SKYMALL, INC.; and           :   **STIPULATION EXTENDING**
JOHN DOES 1-10,                             **DEFENDANTS' TIME**

               Defendants.    :
----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, that the time for Defendants SEAH, LLC and SKYMALL, LLC to respond, including the filing of any pre-answer motion to the summons and Complaint in this action, be and the same hereby is extended to June 5, 2008.

    IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be submitted in counterparts and that facsimile signatures shall be deemed as valid as original signatures.

Dated: June 3, 2008                          Dated: June 2, 2008

New York, New York

**KALOW & SPRINGUT, LLP**

By: _____
Milton Springut (MS6571)
488 Madison Avenue
New York, New York 10022
212.813.9600
*Attorneys for Plaintiff*

New York, New York

**WELTMAN & MOSKOWITZ, LLP**

By: _____
Richard E. Weltman (RW3169)
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Defendants*

SO ORDERED: _____
, U.S.D.J.

Dated: June 9, 2008

2