**MEMO ENDORSED**

ORIGINAL

SCANNED

Richard E. Weltman (RW3169)
**WELTMAN & MOSKOWITZ, LLP**
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

-and-

David L. Ferguson (DF8500)
Jonathan M. Streisfeld (JS5750)
**THE KOPELOWITZ OSTROW FIRM, P.A. (TKO)**
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
954.525.4100
*Attorneys for Defendants Seah, LLC and SkyMall, Inc.*

---

| | |
|---|---|
| CARTIER, division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, N.V., | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | Case No. 08 CV 4471 (LAK) |
| v. | |
| SEAH LLC; SKYMALL, INC.; and JOHN DOES 1-10, | |
| Defendants. | |

---

**MOTION TO ADMIT ATTORNEYS DAVID L. FERGUSON AND JONATHAN M. STREISFELD AS ATTORNEYS *PRO HAC VICE* IN THIS ACTION**

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Richard E. Weltman, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of the attorneys listed below, both members in good standing of the Florida bar:

SO ORDERED
LEWIS A. KAPLAN USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| | | |
|---|---|---|
| David L. Ferguson, Esq | and | Jonathan M. Steisfeld, Esq. |
| The Kopelowitz Ostrow Firm, P.A. | | The Kopelowitz Ostrow Firm, P.A. |
| 200 S.W. 1st Avenue, 12th Floor | | 200 S.W. 1st Avenue, 12th Floor |
| Fort Lauderdale, FL 33301 | | Fort Lauderdale, FL 33301 |
| Telephone: (954) 525-4100 | | Telephone: (954) 525-4100 |
| Facsimile: (954) 524-3200 | | Facsimile: (954) 524-3200 |
| Email: Ferguson@tkolaw.com | | Email: Streisfeld@tkolaw.com |

As appears from the certifications from the Florida bar, annexed in support of the application, David L. Ferguson is a member in good standing of the Bar of the State of Florida. Mr. Ferguson's Florida Bar Number is 981737.

As appears from the certification from the Florida Bar, Jonathan M. Streisfeld is a member in good standing of the Bar of the State of Florida. Mr. Steisfeld's Florida Bar Number is 117447.

Dated: New York, New York
June 4, 2008

Respectfully submitted,

WELTMAN & MOSKOWITZ, LLP
Attorneys for Defendant Seah, LLC and SkyMall, Inc.

By: _____
RICHARD E. WELTMAN (RW3169)
270 Madison Avenue Suite 1400
New York, New York 10016
Telephone: (212) 684-7800
Facsimile: (212) 684-7995
Email: rew@weltmosk.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail and CM/ECF filing on June 4, 2008, to: Tal S. Benschar, Esq. and Milton Springut, Esq., Kalow & Springut, LLP, 488 Madison Avenue, New York, New York 10022.

2