UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CARTIER, division of RICHEMONT
NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, N.V.,

                Plaintiffs,         Civil Action No. 08-CV-4471 (LAK)

  v.

SEAH LLC; SKYMALL, INC.; and
JOHN DOES 1-10,

                Defendants.
---------------------------------------------------------------x

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

THE KOPELOWITZ OSTROW FIRM, P.A. and WELTMAN & MOSKOWITZ, LLP previously entered an appearance on behalf of Defendants, SEAH, LLC. and SKYMALL, INC. It is hereby stipulated and agreed by the undersigned that Ellie Levy, Esq. and Frank Herrera, Esq. (who will immediately request admission to this Court *pro hac vice*) of the law firm of ROTHSTEIN ROSENFELDT ADLER be substituted as counsel of record for Defendants, SEAH, LLC. and SKYMALL, INC. and that THE KOPELOWITZ OSTROW FIRM, P.A. and WELTMAN & MOSKOWITZ, LLP shall be relieved of all further responsibility in this litigation.

This Stipulation and Order of Substitution of Counsel will not delay or alter any deadlines previously set by the Court.

Dated: June 20, 2008
Fort Lauderdale, Florida

David L. Ferguson, Esq. (DF8500)
Jonathan M. Streisfeld, Esq. (JS5750)
THE KOPELOWITZ OSTROW FIRM, P.A.
200 SW 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 525-4100

Dated: June 20, 2008
New York, New York

Richard E. Weltman, Esq. (RW3169)
WELTMAN & MOSKOWITZ, LLP
270 Madison Avenue, Suite 1400
New York, NY 10016
Tel: (212) 684-7800
Local Counsel for Defendants

Dated: June _19_, 2008
Fort Lauderdale, Florida

_s/ELLIE A. LEVY_
Ellie A. Levy, Esq. (EL3193)
Email: elevy@rra-law.com
Frank Herrera  Florida Bar No.: 494801
Email: fherrera@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Telephone: (954) 522-3456
Facsimile: (954) 527-8863
*Proposed Substitute Counsel for Defendants*

SO ORDERED:
Dated: July 1, 2008
New York, New York

Hon. Lewis A. Kaplan
UNITED STATES DISTRICT JUDGE