UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARTIER, etc., et ano.,

                              Plaintiffs,

                    -against-                                    08 Civ. 4471 (LAK)

SEAH, LLC, et ano.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

# ORDER

LEWIS A. KAPLAN, *District Judge.*

> Plaintiff's motion for jurisdictional discovery and other relief [DI 25] is granted to the extent that the application for jurisdictional discovery is granted.  The defendants' motion to dismiss or for other relief [DI 15] is denied without prejudice to renewal upon the completion of the jurisdictional discovery.

> SO ORDERED.

Dated:       July 2, 2008

                                        Lewis A. Kaplan
                                   United States District Judge